United States District Court
Southern District of Texas
**ENTERED**
April 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VALARIE JONES, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00036 |
| | § | |
| SUNSET NURSING HOME, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement Agreement and Motion to Conditionally Dismiss. Dkt. 108. After reviewing the motion and the applicable law, the Court **GRANTS** the motion.

It is, therefore, **ORDERED** that the parties' Settlement Agreement is approved as being fair, adequate, and reasonable.

It is further **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **June 25, 2019**, that the settlement could not be completely documented.

All pending motions are hereby **DENIED** as moot.

SIGNED at Galveston, Texas, this 29th day of April, 2019.

_____
George C. Hanks Jr.
United States District Judge